AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _Aug. 31, 2009_     _Johnny Mack Brown_
             Date                 Name of United States Marshal

                                  _J.B. Mayo/lnw Koch_
                                  (by) Deputy United States Marshal

Remarks:
SUMMONS CERTIFIED MAILED ON _07/31/09_
SIGNED RECEIPT DATED _08/02/09_
SIGNED BY _Brenda Jupp_
IS ATTACHED. SERVICE ...

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

[ Print ]   [ Save As... ]   [ Export as FDF ]   [ Retrieve FDF File ]   [ Reset ]

3:09-cr-00829-CRI    Date Filed 07/22/2009    Entry Number 5    Page 1 of 2

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF   South Carolina

RECEIVED
2009 JUL 28 AM 10: 14
UNITED STATES MARSHALS
COLUMBIA, SC

UNITED STATES OF AMERICA
V.
BRENDA MARIE TRAPP

**SUMMONS IN A CRIMINAL CASE**

Case Number:  09-829

PICTURE ID REQUIRED
TO ENTER COURTHOUSE

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| MATTHEW J. PERRY COURTHOUSE<br>901 RICHLAND STREET, COLUMBIA, S.C. 29201 | COURTROOM 8 |
| Before:  JUDGE JOSEPH R. MCCROREY | Date and Time<br>8/4/2009 10:00 am |

To answer a(n)
[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

Charging you with a violation of Title

United State Code, Section(s)

18

United State Code, Section(s)

641

2009 SEP 17 A 8: 04

s/Beth Brown                              7/22/2009
Signature of Issuing Officer              Date

LARRY W PROPES, CLERK
Name and Title of Issuing Officer



RECEIVED
2009 SEP 17 A 8: 04

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7006 2030 0001 4807 2015

7/31/09    #9-829

Postage $

Certified Fee

Return Reciept Fee
(Endorsement Required)    8/4/09

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees $

Sent To: Brenda Marie Trapp
Street, Apt. No.; or PO Box No. 124 Buck lion Rd
City, State, ZIP+4 Columbia SC 29203-966

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.  #9-829

1. Article Addressed to:
Brenda Marie Trapp
124 Buck lion Rd
Columbia, SC
29203-9661

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brenda Trapp
C. Date of Delivery: 8/7/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   2015

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540